IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND

| | |
|---|---|
| MICHAEL J. CLEVENGER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: |
| ) | |
| UNION PACIFIC RAILROAD ) | Judge: |
| COMPANY ) | |
| ) | Trial by Jury Demanded |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MICHAEL J. CLEVENGER, by and through his attorneys, James T. Foley and Ridge & Downes, Daniel J. Downes, P.C., and for his Complaint against Defendant, UNION PACIFIC RAILROAD COMPANY (hereinafter UP), states as follows:

1. Jurisdiction of this Court is invoked under the provision of Title 45 U.S. Code § 56 and Title 28 U.S. Code § 1331.

2. This action arises under and the rights and liabilities of the parties to this cause are governed by the Federal Employers Liability Act, 45 U.S.C. § 51, et seq.

3. At all times herein, the Defendant, UP, was and is a railroad corporation doing business in the State of Illinois, State of Iowa, and various State in the United States of America.

4. At all times here in, the Defendant, UP, was and is a common carrier by railroad, engaged in Interstate Commerce.

5. On August 13, 2013, at or about 10:00 A.M., the Plaintiff, MICHAEL J. CLEVENGER was a resident of the City of Rock Falls, County of Whiteside, State of Illinois.

6. On August 13, 2013, and at all times pertinent, Plaitniff worked out of Defendant UP's yard located in City of Sterling, County of Whiteside, State of Illinois, and he began his day and was dispatched from UP's Sterling Yard on August 13, 2013.

7. On August 13, 2013 at or about 10:00 A.M., the Defendant UP owned, maintained and operated an area of railroad track located at or near MP136.9, in or around Clinton Iowa.

8. On August 13, 2013, at or about 10:00 A.M. and at all pertinent times, Defendant UP, owned maintained, used in its operation, a boom truck, identified as UP truck number 64187, a truck that was assigned to Plaintiff, MICHAEL J. CLEVENGER on the date and at the time referenced.

9. On August 13, 2013 at or about 10:00 A.M. and at all pertinent times, Plaintiff, as a maintenance of way worker employed by Defendant UP, began his day at UP" s Sterling, Illinois location and was required to work on and about truck 64187 on Defendant's property and track.

10. On August 13, 2013, at or about 10:00 A.M., while employed by Defendant UP as a maintenance of way employee, and while in the course of his employment with Defendant, Plaintiff was required to operate Defendant's boom truck #64187 and load old insulated rail joints on Defendant's property in an area in or around Clinton Iowa, at or about MP136.9. While in the course of operating Defendant's boom truck, #64187, Plaintiff was caused to injure his left knee at the location referenced

above, when that insulated rail joints he was attempting to load slipped out of the boom truck bucket and struck the dash of the truck's operator seat and violently struck Plaintiff's left knee.

11. At the time and place alleged, Plaintiff's duties were in furtherance of Interstate Commerce for Defendant UP.

12. At the time and place alleged, the Defendant, UP, had a non-delegable duty to provide Plaintiff with a reasonably safe place to work, and to keep such place of work in a reasonably safe condition.

13. In violation of its' duty, Defendant UP negligently and carelessly failed to provide Plaintiff with a safe place to work by committing one or more of the following negligent acts or omissions:

(a). Failed to adapt, install, implement and enforce a safe method and procedure for the described operation;

(b). Failed to properly inspect, maintain and repair its equipment, including boom truck #64187 so that the same became hazardous to the safety of its employees;

(c). Failed to warn Plaintiff that there was a hazard in his work area and with his work equipment, including boom truck 64187, an area and equipment that Defendant had notice of a dangerous condition and required him to work with, in spite of Defendant being put on notice of the dangerous condition prior to August 13, 2013, at or about 10:00 A.M.

(d). Failed to properly train Plaintiff on the loading, disposal and handling of insulated rail joints;

(e). Negligently and carelessly failed to repair, maintain, and inspect boom truck #64187, which Plaintiff was required to operate to load, unload and move insulated rail joints, when it had actual notice of a defective, unsafe condition on its property;

(f). Negligently and carelessly failed to warn Plaintiff of the unsafe and poor condition of boom truck 64187 when timely warning would have averted injury to Plaintiff;

(g). Failed to properly inspect the area around the mile marker 136.9, in Clinton Iowa, when ordinary inspection would have revealed that the area was hazardous;

(h). Failed to properly adapt, install, implement, and enforce a safe method and procedure for the removal, disposal, and handling of insulated rail joints in the area of mile marker 136.9, under the conditions present at the time and place of the incident complained of;

(i). Otherwise failed to exercise ordinary care to provide Plaintiff with a safe place to work.

14. Defendant's failure to provide Plaintiff, MICHAEL J. CLEVENGER with a safe place to work and by one of the aforementioned acts or omissions caused, in whole or in part, Plaintiff's injuries.

15. As a consequence, Plaintiff, MICHAEL J. CLEVENGER incurred injuries which have caused and will continue to cause him great pain, suffering, inconvenience, anguish and disability; as a further result, Plaintiff MICHAEL J. CLEVENGER has been and will in the future be kept from attending to his ordinary affairs and duties, and has lost and will lose great gains which he otherwise would have made and acquired; as a further result, Plaintiff, MICHAEL J. CLEVENGER, has incurred medical, hospital, and related expenses and is reasonably certain to incur further medial, hospital and related expenses in the future.

WHEREFORE, the Plaintiff, MICHAEL J. CLEVENGER, demands judgment in his favor and against Defendant UNION PACIFIC RAILROAD COMPANY, in a sum in excess of $100,000.00 plus the costs of this suit.

> Respectfully submitted,
> Michael J. Clevenger
>
> By: _[signature]_
> Attorney for Plaintiff

James T. Foley
Ridge & Downes
Daniel J. Downes, P.C.
101 North Wacker Drive
Suite 200
Chicago, Illinois 60606
(312) 372-8282
(312) 372-8560
jfoley@ridgedownes.com